# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| **CONSTRUCTION MATERIALS, INC.** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **CIVIL ACTION NUMBER:** |
| v. ) | **2:15-cv-00245-MHT-CSC** |
| ) | |
| **CHRISTOPHER M. HATCHER,** ) | |
| **HD SUPPLY HOLDING, INC.,** ) | |
| **HD SUPPLY, INC., and WHITE CAP** ) | |
| **CONSTRUCTION SUPPLY, INC.,** ) | |
| ) | |
| **Defendants.** ) | |

## CONFLICT DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, the undersigned counsel for Christopher M. Hatcher makes the following disclosure:

Defendant Christopher M. Hatcher is an individual.

    Respectfully submitted,

    /s/ David L. Warren, Jr.
    asb-7490-r75d

    David L. Warren, Jr.
    Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
    420 20th Street North, Suite 1900
    Birmingham, AL 35203
    Telephone (205) 328-1900
    Facsimile (205) 328-6000
    david.warren@ogletreedeakins.com

    ATTORNEY FOR DEFENDANT
    CHRISTOPHER M. HATCHER

**CERTIFICATE OF SERVICE**

  I hereby certify that, on the 28th day of April, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| Barbara Wells | John Smith T. |
| Christopher Weller | Hillary Chinigo |
| Capell & Howard, P.C. | John Goodman |
| P.O. Box 2069 | Bradley Arant Boult Cummings |
| Montgomery, AL 36102 | One Federal Place |
| | 1819 Fifth Avenue North |
| | Birmingham, AL 35203 |

            /s/ David L. Warren, Jr.
            Of Counsel