IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CONSTRUCTION MATERIALS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| CHRISTOPHER M. HATCHER, HD ) | CIVIL ACTION NUMBER: |
| SUPPLY, INC., HD SUPPLY HOLDING, ) | 2:15-cv-245-MHT-PWG |
| INC., HD SUPPLY GP & ) | |
| MANAGEMENT, INC. AND HD SUPPLY ) | |
| CONSTRUCTION SUPPLY, LTD. d/b/a ) | |
| HD SUPPLY CONSTRUCTION & ) | |
| INDUSTRIAL – WHITE CAP, ) | |
| | |
| Defendants. | |

## CONFLICT DISCLOSURE STATEMENT

Come now HD Supply, Inc., HD Supply Holdings, Inc., HD Supply GP & Management, Inc., White Cap Construction Supply, Inc.,[1] and HD Supply Construction Supply, Ltd. d/b/a White Cap Construction Supply (collectively "Defendants"), named as defendants in the above entitled lawsuit, and pursuant to Fed. R. Civ. P. and L.R. 7.1, state as follows[2]:

The HD Supply companies, including Defendants, comprise an industrial distribution organization that operates through several market segments including the distribution of specialized hardware, tools, engineered materials and safety products to non-residential and residential contractors, which distribution occurs through HD Supply Construction Supply, Ltd. (a/k/a White Cap).

---

[1] Plaintiff's Amended Complaint does not name White Cap Construction Supply, Inc. as a defendant. (Doc. 34).

[2] This Conflict Disclosure Statement is filed without waiver of objections and defenses, including as to personal jurisdiction.

Defendants disclose the following "parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities that could potentially pose a financial or professional conflict for a judge" and publicly held corporations owning 10% or more of their stock: HD Supply Holdings, Inc., which is a publicly traded corporation, and HD Supply, Inc. Each of the Defendants' nature and purpose is further described in the affidavit attached to Defendants' Motion to Dismiss (Doc 40), which is incorporated by reference herein.

Dated this the 15th day of June, 2015

/s/ John W. Smith T
John W. Smith T (ASB-4805-M66J)

One of the attorneys for Defendants
HD Supply, Inc., HD Supply Holdings, Inc., HD Supply GP & Management, Inc., White Cap Construction Supply, Inc., and HD Supply Construction Supply, Ltd.
d/b/a White Cap Construction Supply

OF COUNSEL:

John E. Goodman (ASB-4665-G48J)
Hillary L. Chinigo (ASB-5189-G82E)
BRADLEY ARANT BOULT CUMMINGS LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2104
Telephone: (205) 521-8000
Facsimile: (205) 521-8800
jsmitht@babc.com
jgoodman@babc.com
hcninigo@babc.com

# CERTIFICATE OF SERVICE

      I hereby certify that on June 15, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

      Barbara J. Wells (ASB-1658-R58B)
      Christopher W. Weller (ASB-6640-W81C)
      Capell & Howard, P.C.
      150 South Perry Street (36104)
      Post Office Box 2069
      Montgomery, AL 36102-2069

      David L. Warren (ASB-7490-R75D)
      Ogletree, Deakins, Nash, Smoak, & Stewart P.C.
      420 20th Street North
      Suite 1900
      Birmingham, AL 35203

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

      None.


                                          s/John W. Smith T