IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
CONSTRUCTION MATERIALS,    )
INC.,                      )
                           )
     Plaintiff,            )
                           )    CIVIL ACTION NO.
     v.                    )      2:15cv245-MHT
                           )          (WO)
CHRISTOPHER M. HATCHER,    )
et al.,                    )
                           )
     Defendants.           )
```

## JUDGMENT

Having considered the plaintiff's notice of voluntary dismissal (doc. no. 47) pursuant to Fed. R. Civ. P. 41(a)(1)(A), it is the ORDER, JUDGMENT, and DECREE of the court that defendant HD Supply GP & Management, Inc. and all claims against it are dismissed without prejudice, with costs taxed as paid and with defendant HD Supply GP & Management, Inc. terminated as a party.  All claims against all other defendants remain.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**This case is not closed.**

**DONE, this the 13th day of July, 2015.**

   /s/ Myron H. Thompson   
**UNITED STATES DISTRICT JUDGE**