IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| CONSTRUCTION MATERIALS, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. 2:15cv245-MHT (WO) |
| CHRISTOPHER M. HATCHER, et al., | ) ) ) | |
| Defendants. | ) | |

**ORDER**

Based on the representations made on the record on February 4, 2016, it is ORDERED as follows:

(1) The stay of this case is continued to March 1, 2016.

(2) On or before March 1, 2016, the parties are to file a status report on the outcome of their continuing efforts to settle this case.

DONE, this the 4th day of February, 2016.

                                         /s/ Myron H. Thompson\_\_\_
                                  **UNITED STATES DISTRICT JUDGE**